UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v -

CHUCK PERSON,

RASHAN MICHEL,

17 CR 683 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Due to a change in the Court's calendar, the trial scheduled for February 4, 2019 at 10:00 a.m. is rescheduled to June 17, 2019 at 10:00 a.m.  Time is excluded from today, until June 17, 2018, in the interest of justice.

Dated: January 3, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge